## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

DANNY L. HUVAL                                             CIVIL ACTION

VERSUS

FEDERAL GOVERNMENT                              NO. 23-01277-BAJ-SDJ

### RULING AND ORDER

The Magistrate Judge issued a **Report And Recommendation (Doc. 15, the "Report")** recommending that the Court dismiss Plaintiff's Complaint as frivolous under 28 U.S.C. § 1915(e). There are no objections to the Report.

After carefully considering Plaintiff's Complaint, the Report, and the entirety of the record before the Court, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e).

Final judgment shall be entered separately.

Baton Rouge, Louisiana, this 4th day of June, 2026

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**